UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JADA MCGILL and ANGIE VELEZ,

                                    Plaintiffs,

-against-

CITY OF NEW YORK, MAYOR DE BLASIO, POLICE
COMMISSIONER DERMOT SHEA, CHIEF OF
SUPPORT SERVICES RAYMOND SPINELLA,
DEPARTMENT OF SANITATION COMMISSIONER
EDWARD GRAYSON, SUPERVISORY OFFICER JOHN
OR JANE DOE 1, and OFFICERS JOHN or JANE DOE 2-
10,

                                    Defendants.
------------------------------------------------------------------------- x

**NOTICE OF SUBSTITUTION OF COUNSEL**

21 Civ. 8619 (LJL)

       **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Daniel M. Braun, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for defendants City of New York ("City"), former Mayor Bill de Blasio, former NYPD Commissioner Dermot Shea, former NYPD Chief of Support Services Raymond Spinella, and Department of Sanitation Commissioner Edward Grayson (collectively "Defendants") in this case:

                                    **Elida M. Alfaro, Esq.**
                                    *Assistant Corporation Counsel*
                                    New York City Law Department
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-2334
                                    ealfaro@law.nyc.gov

From this date forward, please serve all pleadings on the attorney set forth above, and please remove Daniel M. Braun as counsel of record.

Dated: New York, New York
      March 11, 2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City, de Blasio, Shea, Spinella, and Grayson*
100 Church Street
New York, New York 10007
(212) 356-2334

By:      */s/ Elida M. Alfaro*
           Elida M. Alfaro
           *Assistant Corporation Counsel*
           Special Federal Litigation Division

To:     All Counsel (via ECF)

2