UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Jada McGill and Angie Velez | No. 1:21-cv-08619 |
| V. | LAW STUDENT INTERN APPEARANCE FORM |
| City of New York, et al. | |

1.  Law Student Certification

    I certify that:

    (a) I am duly enrolled in __Georgetown University Law Center__ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    __March 14, 2022__                        __[signature]__
    (date)                                    (Signature of Student)

                                              __Henry Graney__
                                              (Print Name)

2.  Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that __Aderson Francois__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    __March 31, 2022__                        __William M. Treanor__
    (date)                                    (Signature of Dean or Authorized Designee)

    __William Treanor__                       __Dean__
    (Print Name)                              (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

| 4-8-2022 | _____ |
|---|---|
| (date) | (Signature of Attorney) |

Aderson Francois
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

| 4/14/2022 | _____ |
|---|---|
| (date) | (Signature of Attorney) |

Jennifer Safstrom
(Print Name)
Client authorization obtained and verified by signing attorney

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

| 4/29/2022 | _____ |
|---|---|
| (date) | (Signature of Judge) |

Lewis J. Liman, USDJ
(Print Name)