UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Jada McGill and Angie Velez |
|---|
| V. |
| City of New York, Mayor Bill De Blasio, |
| Police Commissioner Dermot Shea, Chief of Support Services Raymond Spinella, Department of Sanitation Commissioner Edward Grayson, Supervisory Officer John or Jane Doe 1, and Officers John and Jane Doe 2-10 |

No. 21-CV-8619

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in  Georgetown University Law Center  law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   March 13, 2022
   (date)

   _(Signature of Student)_

   Garielle Sinclair
   (Print Name)

2. Certification of Law School Dean or Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that  Aderson Francois , who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   March 31, 2022
   (date)

   Treanor
   Digitally signed by Treanor
   Date: 2022.03.31 17:43:17 -04'00'
   (Signature of Dean or Authorized Designee)

   William Treanor
   (Print Name)

   Dean
   (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

4-8-2022

(date)

Aderson B. Francois
*Digitally signed by Aderson B. Francois*
*Date: 2022.04.09 12:30:00 -04'00'*

(Signature of Attorney)

Aderson Francois

(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

4/14/2022

(date)

Jennifer Safstrom

(Signature of Attorney)

Jennifer Safstrom

(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

4/29/2022

(date)

(Signature of Judge)

Lewis J. Liman, USDJ

(Print Name)