UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jada McGill and Angie Velez <br><br> V. <br><br> City of New York et al. | No. 1:21-cv-08619-LJL <br><br> LAW STUDENT INTERN APPEARANCE FORM |

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in  Georgetown University Law Center  law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    March 11, 2022                                    Lucas Hammill  *Digitally signed by Lucas Hammill  Date: 2022.03.11 00:28:24 -05'00'*
    _____                              _____
    (date)                                            (Signature of Student)

                                                      Lucas Hammill
                                                      _____
                                                      (Print Name)

2. Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that  Aderson FRancois , who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    March 31, 2022                                    *[signature]*
    _____                              _____
    (date)                                            (Signature of Dean or Authorized Designee)


    William Treanor                                   Dean
    _____                              _____
    (Print Name)                                      (Position of Above)

3. **Consent of Supervising Attorney**

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

| 4-8-2022 | _(signature)_ |
|---|---|
| (date) | (Signature of Attorney) |

Aderson Francois
(Print Name)

4. **Consent of Client or United States Attorney**

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.



| 4/14/2022 | _(signature)_ |
|---|---|
| (date) | (Signature of Attorney) |

Jennifer Safstrom
(Print Name)

Client authorization obtained and verified by signing attorney

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. **Consent of Judge**

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

| 4/29/2022 | _(signature)_ |
|---|---|
| (date) | (Signature of Judge) |

Lewis J. Liman, USDJ
(Print Name)