**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com**\*
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914\*

*\*Not for service*

August 19, 2022

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Letter Motion to Amend the Case Management Plan and Scheduling Order
     *Jada McGill & Angie Velez v. City of New York, et al.*, 21-cv-08619 (LJL)

Dear Judge Liman,

  The parties jointly submit this cover letter to request a modification of the Case Management Plan and Scheduling Order. The parties request all forthcoming deadlines, including today's deadline for motions to amend or add parties, be extended by sixty (60) days. The parties' proposed deadlines are as follows:

- Motion to amend or add parties: Tuesday, October 18, 2022
- Completion of fact discovery: Monday, November 21, 2022
- Depositions completed by: Monday, November 21, 2022
- Requests for Admissions due: Thursday, October 20, 2022
- All expert discovery completed by: Friday, January 6, 2023
- All discovery completed by: Friday, January 6, 2023
- Proposed pretrial order submission: Monday, April 17, 2023
- Motion for summary judgment: Friday, January 20, 2023

  The parties ask that that post-discovery status conference, currently scheduled for November 9, 2022, at 2pm, be rescheduled at the Court's convenience.

  The parties have shown good cause for the requested extension. First, the parties have mutually agreed that additional time is needed for the exchange of information, including to identify prospective Doe Defendants, whose identity is not discernable through existing discovery.

  Second, Defendants' counsel is experiencing staffing changes and a new lead attorney is expected to take over the matter on before or the beginning of September. Additional time will allow for further exchange of documents and facilitate information sharing, as well as allow new counsel to acquaint themselves with the matter. Moreover, this extension will not harm the parties' interests or cause undue delay.

The parties thank the Court for its consideration and are available to address any questions or concerns.

                    Respectfully submitted,

Seth Wayne
Institute for Constitutional Advocacy and Protection (ICAP)
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu

Gideon Oliver
277 Broadway STE 1501
New York, New York, 10007
Tel: 718-783-3682
gideon@gideonlaw.com


Elida M. Alfaro
*Assistant Corporation Counsel*
New York City Law Department
Special Federal Litigation Division
100 Church St, Rm 3-170
New York, NY 10007
Office: 212-356-2334
ealfaro@law.nyc.gov