UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
JADA MCGILL and ANGIE VELEZ.

                              Plaintiffs,

-against-

CITY OF NEW YORK, MAYOR DE BLASIO, POLICE COMMISSIONER DERMOT SHEA, CHIEF OF SUPPORT SERVICES RAYMOND SPINELLA, DEPARTMENT OF SANITATION COMMISSIONER EDWARD GRAYSON, SUPERVISORY OFFICER JOHN OR JANE DOE 1, and OFFICERS JOHN or JANE DOE 2-10,

                              Defendants.
------------------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

21 Civ. 8619 (LJL)

        **PLEASE TAKE NOTICE** that **Seema Kassab**, Assistant Corporation Counsel, appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York ("City"), former Mayor Bill de Blasio, former NYPD Commissioner Dermot Shea, former NYPD Chief of Support Services Raymond Spinella, and Department of Sanitation Commissioner Edward Grayson.

Dated:  New York, New York
          September 13, 2022

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the City of New York
                                      *Attorney for defendants City, de Blasio, Shea,*
                                      *Spinella, Grayson*

                                      /s/ *Seema Kassab*
                By:  _____
                        Seema Kassab
                        Assistant Corporation Counsel
                        Special Federal Litigation Division
                        New York City Law Department
                        100 Church Street
                        New York, New York 10007
                        212.356.0827

CC:     All counsel (via ECF)