UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
:
JADA MCGILL ET AL,                                                     :
:
                  Plaintiffs,   :       21-cv-8619 (LJL)
:
    -v-                                                          :       ORDER OF REFERENCE
:       TO A MAGISTRATE
CITY OF NEW YORK ET AL,                                                :       JUDGE
:
                  Defendants.   :
---------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| _X_ | Settlement | | |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing | | |

    The parties are directed to contact the chambers of Magistrate Judge <u>Katharine H. Parker</u>.

    SO ORDERED.

Dated: November 3, 2022                           _____
       New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge