**INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION**
**GEORGETOWN UNIVERSITY LAW CENTER**

January 6, 2023

**VIA CM-ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: McGill v. New York, Case No. 21-cv-08619 (S.D.N.Y)

Dear Judge Liman,

    We represent the parties in the above-captioned matter. We write pursuant to this Court's November 3, 2022 Order staying all discovery by 60 days and directing the parties to provide a status report on or before January 6, 2023.

    The Court stayed discovery on November 3 so that the parties could explore the possibility of settlement. That stay expired on January 2, 2023. In the meantime, the parties have been focused on settlement negotiations, and they have not conducted any discovery.

    The parties have a settlement conference with Magistrate Judge Katharine H. Parker scheduled for February 13, 2023. To enable their continued focus on reaching a settlement, the parties jointly request that the Court stay all discovery for another period of 60 days.

Respectfully submitted,

*/s/ Seth Wayne*
Seth Wayne
Institute for Constitutional Advocacy and Protection (ICAP)
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
Counsel for Plaintiffs

The motion to extend the stay is GRANTED. The parties are directed to file a status report by March 7, 2023. The status conference current set for January 12, 2023 at 2:00 p.m. is rescheduled to March 10, 2023 at 12:00 p.m. 1-9-23.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

/s/ *Seema Kassab*
Seema Kassab
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
212-356-0827
skassab@law.nyc.gov
Counsel for Defendants